COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     *Shaw v. Mason Friendswood OP, LLC d/b/a Friendship Haven Healthcare*

Appellate case no.:      01-12-01098-CV

Trial court case no.:    11CV0513

Trial court:             212th District Court of Galveston County

On September 23, 2014, this Court issued a memorandum opinion affirming the trial court's orders granting Mason Friendswood OP, LLC d/b/a Friendship Haven Healthcare's joint no-evidence motion for summary judgment and motion to dismiss Trina Shaw's defamation claim. On October 6, 2014, Shaw filed a letter, with accompanying documents, asserting that Friendship Haven had wrongfully accused her of theft. We liberally construe Shaw's letter as a motion for rehearing. *See* TEX. R. APP. P. 38.9(e).

Generally, a motion must, among other things, state with particularity the grounds on which it is based and set forth the order or relief sought. *See* TEX. R. APP. P. 10.1(a)(2), (3). A motion for rehearing must clearly state the points relied on for the rehearing. TEX. R. APP. P. 49.1. While courts liberally construe a pro se motion or brief, they must also hold pro se litigants to the same standards as licensed attorneys and require them to comply with all applicable laws and rules of procedure. *Washington v. Bank of N.Y.*, 362 S.W.3d 853, 854 (Tex. App.—Dallas 2012, no pet.); *see also Wheeler v. Green*, 157 S.W.3d 439, 444 (Tex. 2005) ("[P]ro se litigants are not exempt from the rules of procedure."). Shaw's motion fails to meet the minimum standards required by the rules of procedure.

Accordingly, Shaw's motion for rehearing is **denied.**



Judge's signature: /s/ Jim Sharp
                    ☑ Acting individually     ☐ Acting for the Court

Date:  October 28, 2014